| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF TEXAS |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Independence Fuel Systems, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
45-4695507

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **381 Casa Linda Plaza**<br>**Dallas, TX 75218**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **gregg**<br>County | **Location of principal assets, if different from principal place of business**<br>**2 stations in Lonview, 1 in Carthage, 1 in Centerville, 1 in Dallas and 1 in Larado, Texas**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Independence Fuel Systems, LLC**_____   Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Independence Fuel Systems, LLC**     Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Independence Fuel Systems, LLC** _____  Case number (*if known*)_____
         Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Independence Fuel Systems, LLC**         Case number (*if known*)
    Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 14, 2022**
                MM / DD / YYYY

**X** **/s/ Charles Neuberger**                          **Charles Neuberger**
   Signature of authorized representative of debtor         Printed name

Title   **Chairman of the Board of Managers**

**18. Signature of attorney**

**X** **/s/ Eric A. Liepins**                          Date **July 14, 2022**
   Signature of attorney for debtor                        MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12770 Coit Road**
**Suite 850**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone   **972-991-5591**       Email address   **eric@ealpc.com**

**12338110 TX**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 5

Fill in this information to identify the case:
Debtor name: **Independence Fuel Systems, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express World Finance Center 200 Vesey St New York, NY 10285 | | | | | | $4,343.31 |
| Benton Poole 515 N. Fredonia, Longview, TX 75601 | | | Disputed | | | $25,500.00 |
| Brad Thiessen 9032 Fringewood dr, Dallas, TX 75228 | | | | | | $314,133.58 |
| Charles Neuberger 106 Katy Ranch Drive Weatherford, TX 76085 | | | | | | $25,083.32 |
| Christina S. Lacey Centerville Station Royalty PO Box 639, TX 75883 | | | | | | $892.96 |
| Compression Technology dba ComTech Energ 8620 Escarpment Way, Units 11-14 L9T OM1, Canada | | | | | | $1,144.57 |
| David Holy 808 Tiffany Way Dallas, TX 75218-2741 | | | | | | $285,000.00 |
| DFW Oil, Inc. 11551 Forest central Drive, Dallas, TX 75243 | | | | | | $16,408.15 |

| Debtor | **Independence Fuel Systems, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Eastern Fuel-#1**  1100 Stone Rd, Suite 2020, Dallas, TX 75243 | | | | | | $7,500.00 |
| **Eastman Midstream, LP**  515 N. Fredonia Dallas, TX 75243 | | | Disputed | | | $412,110.44 |
| **Harris Cook LLP, Attn Larry Fowler, Jr.**  1309-A West Abram Street Arlington, TX 76013 | | | | | | $30,000.00 |
| **Matt Russell**  515 N. Fredonia Longview, TX 75601 | | | Disputed | | | $132,614.18 |
| **Origin Bank**  6124 Berkshire Lane Dallas, TX 75225 | | All assets | Disputed | $5,000,000.00 | $0.00 | $5,000,000.00 |
| **Raymond Russell**  515 N. Fredonia, Longview, TX 75601 | | | Disputed | | | $94,375.00 |
| **Reliant**  PO Box 3765 Houston, TX 77253 | | | | | | $1,181.97 |
| **Shane Graves, P.C.**  313 Nye, Laredo Laredo, TX 78041 | | | Disputed | | | $899.51 |
| **Shoco Development**  851 W harrison rd, Longview, TX 75601 | | | | | | $4,787.42 |
| **Southwestern Electric Power**  416 Travis st Shreveport, LA 71101 | | | | | | $7,856.13 |
| **Sovereign Land Company, LLC**  1917 Esparanza Ct Allen, TX 75013 | | | Disputed | | | $31,500.00 |
| **United States Treasury - Cinn** | | | | | | $14,272.47 |

# United States Bankruptcy Court
## Eastern District of Texas

In re **Independence Fuel Systems, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **(Trey) Frank E. Brown III**<br>**208 Virginia Place**<br>**Fort Worth, TX 76107** | | | 1.00% |
| **401FLP,Ltd. (E. Linn Draper Jr.)**<br>**P.O. Box 1999**<br>**Lampasas, TX 76550** | | | 1.00% |
| **Basic IDIQ, Inc. (Rich Barrick)**<br>**15907 Booth Circle**<br>**Leander, TX 78641** | | | 1.00% |
| **BEGA Ventures, LLC - Garin Wente**<br>**4136 Inwood Rd**<br>**Fort Worth, TX 76109** | | | 1.00% |
| **Benton J. Poole**<br>**1917 Esparanza Ct**<br>**Allen, TX 75013** | | | 4.50000000% |
| **BHP Consulting, LLC**<br>**3000 S Hulen St, Ste 124-209**<br>**Fort Worth, TX 76109** | | | 2.25% |
| **Blake Dempsey**<br>**2002 West Kirby**<br>**Wylie, TX 75098** | | | 0.25% |
| **Boening Family Properties Ltd.**<br>**1488 Dagg Rd.**<br>**Fort Worth, TX 76107** | | | 1.60% |
| **Bradley Thiessen**<br>**9032 Fringewood Dr**<br>**Dallas, TX 75228** | | | 5.00000000% |
| **Brian Lowrance Family Investments, LP**<br>**4717 Crestline**<br>**Fort Worth, TX 76107** | | | 7.00% |
| **Broadmont Associates LP**<br>**P.O. Box 31000**<br>**Tucson, AZ 85751** | | | 1.00% |

Sheet 1 of 5 in List of Equity Security Holders

In re: **Independence Fuel Systems, LLC**　　　　　　Case No. _____
　　　　　　　　　　　　　Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Charles E. & Dorinda R. Herzog**<br>**326 PR 5885**<br>**Yantis, TX 75497** | | | **2.00%** |
| **CLTA 109 Investments, LLC**<br>**(Jonathan Mock -Mbr)**<br>**PO Box 100104**<br>**Fort Worth, TX 76185** | | | **2.00%** |
| **Crestline Corporation (Jason D. Dial)**<br>**Global One Transport, Inc.**<br>**3215 West 4th Street**<br>**Fort Worth, TX 76107** | | | **1.25%** |
| **Dan Lowrance**<br>**2008 Four Oaks Lane**<br>**Fort Worth, TX 76107** | | | **7.00%** |
| **Dan Lowrance**<br>**2008 Four Oaks Lane**<br>**Fort Worth, TX 76107** | | | **7.00%** |
| **Darrell D. Dial**<br>**28 Mont Dr**<br>**Fort Worth, TX 76132** | | | **0.25%** |
| **David Holy**<br>**808 Tiffany Way**<br>**Dallas, TX 75218-8880** | | | **3.74999950%** |
| **Don Neumeyer**<br>**17131 CR 426**<br>**Lindale, TX 75771** | | | **1.00%** |
| **Douglas J. Brooks**<br>**P.O. Box 101628**<br>**Fort Worth, TX 76185** | | | **2.00%** |
| **Eleven Times, LLC (Barney Wiley)**<br>**2412 Rogers Avenue**<br>**Fort Worth, TX 76109** | | | **2.65%** |
| **F. Charles Neuberger**<br>**06 Katy Ranch Dr**<br>**Weatherford, TX 76085** | | | **6.00000000%** |

List of equity security holders consists of 5 total page(s)

In re: **Independence Fuel Systems, LLC**                                    Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **James M. Shaffer**<br>**220 Drawing Maple St**<br>**San Marcos, TX 78666** | | | 0.50% |
| **Janet Dempsey**<br>**2002 West Kirby**<br>**Wylie, TX 75098** | | | 0.25% |
| **Jerry Rawlinson**<br>**1506 Willowview St**<br>**Longview, TX 75604** | | | 0.25% |
| **Joe & Gail Dempsey**<br>**2002 West Kirby**<br>**Wylie, TX 75098** | | | 1.00% |
| **Lake Worth Site Development, LLC**<br>**David Draper**<br>**P.O. Box 100104**<br>**Fort Worth, TX 76185** | | | 1.00% |
| **LasRosas Capital, LLC**<br>**Jim E. Parkman Jr.**<br>**600 Travis, Suite 600**<br>**Houston, TX 77002** | | | 2.50% |
| **Matthew D. Russell**<br>**P.O. Box 2851**<br>**Longview, TX 75606** | | | 2.74999950% |
| **R.B. O'Rielly Irrevocable GST Trust -**<br>**Rob Draper**<br>**P.O. Box 31000**<br>**Tucson, AZ 85751** | | | 1.00% |
| **Rainbow Investments Company**<br>**710 Buffalo Street, Ste. 800**<br>**Corpus Christi, TX 78401** | | | 1.50% |
| **Randal (Randy) Lee Collier**<br>**PO Box 147**<br>**Elysian Fields, TX 75642** | | | 1.00% |
| **Raymond S. Russell**<br>**P.O. Box 373**<br>**Longview, TX 75606** | | | 5.12500000% |

List of equity security holders consists of 5 total page(s)

In re: **Independence Fuel Systems, LLC**  Case No. _____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Righway Resources, LLC - Cody S.**<br>**PO Box 101391**<br>**Fort Worth, TX 76185** | | | 1.00% |
| **Russell D. Dial**<br>**461 N. Bailey Ave**<br>**Fort Worth, TX 76107** | | | 0.25% |
| **SR Family Holdings, LLC**<br>**(Steve Robinson)**<br>**2525 N. Pearl St., Ste. 1702**<br>**Dallas, TX 75201** | | | 7.50% |
| **Theodosia, LLC (Johnny Vaughan)**<br>**430 N. Center St**<br>**Longview, TX 75601** | | | 1.00% |
| **Thomas C. Merritt**<br>**118 N. Kilgore St**<br>**Kilgore, TX 75662** | | | 1.00% |
| **Timothy P. Stanley**<br>**7491 Blacks Rd SW**<br>**Pataskala, OH 43062** | | | 0.25% |
| **Toledo GG, LLC-RKR assigned**<br>**P.O. Box 2851**<br>**Longview, TX 75606** | | | 10.62500050% |
| **Waco Bend Asset Management, Ltd.**<br>**Louis Baldwin)**<br>**Fort Worth, TX 76107** | | | 7.00% |
| **WR (Will) Collier**<br>**PO Box 147**<br>**Elysian Fields, TX 75642** | | | 1.00% |

List of equity security holders consists of 5 total page(s)

In re: **Independence Fuel Systems, LLC**     Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chairman of the Board of Managers** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **July 14, 2022**     Signature **/s/ Charles Neuberger**
                                                **Charles Neuberger**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 5 total page(s)

American Express
World Finance Center
200 Vesey St
New York, NY 10285

Benton Poole
515 N. Fredonia,
Longview, TX 75601

Brad Thiessen
9032 Fringewood dr,
Dallas, TX 75228

Brian Morris
2728 N Harwood
Suite 500
Dallas, TX 75201

Certified Landscaping & Ground Maintenan
211 Commander Dr,
Longview, TX 75605

Charles Neuberger
106 Katy Ranch Drive
Weatherford, TX 76085

Christina Lacy
P.O. Box 639
Centerville, TX 75883

Christina S. Lacey
Centerville Station Royalty
PO Box 639,
TX 75883

Compression Technology dba ComTech Energ
8620 Escarpment Way, Units 11-14
L9T OM1, Canada

David Holy
808 Tiffany Way
Dallas, TX 75218-2741

DFW Oil, Inc.
11551 Forest central Drive,
Dallas, TX 75243

Eastern Fuel-#1
1100 Stone Rd, Suite 2020,
Dallas, TX 75243

Eastern Gas
1100 Stone Road
Suite 2020
Kilgore, TX 75662

Eastman Midstream, LP
515 N. Fredonia
Dallas, TX 75243

Harris Cook LLP, Attn Larry Fowler, Jr.
1309-A West Abram Street
Arlington, TX 76013

Matt Russell
515 N. Fredonia
Longview, TX 75601

Medina Electric Cooperative
237 TX-173 North
Hondo, TX 78861

Michelle Terry, Tax A/C Gregg Co
101 e Methvin st #215
Longview, TX 75601

Origin Bank
6124 Berkshire Lane
Dallas, TX 75225

Raymond Russell
515 N. Fredonia,
Longview, TX 75601

Reliant
PO Box 3765
Houston, TX 77253

Riata Mineral Rights, Ltd
313 Nye
Laredo, TX 78041

Shane Graves, P.C.
313 Nye, Laredo
Laredo, TX 78041

Shoco Development
851 W Harrison
Longview, TX 75604

Southwestern Electric Power
416 Travis st
Shreveport, LA 71101

Sovereign Land Company, LLC
1917 Esparanza Ct
Allen, TX 75013

Tele-One Communications, Inc
5620 Old Bullard rd #109
Tyler, TX

Total Eastman Midstream, LP
515 N. Fredonia,
Longview, TX 75601

United States Treasury - Cinn

# United States Bankruptcy Court
### Eastern District of Texas

In re  **Independence Fuel Systems, LLC**
Debtor(s)

Case No.
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Independence Fuel Systems, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**(Trey) Frank E. Brown III**
**208 Virginia Place**
**Fort Worth, TX 76107**

**401FLP,Ltd. (E. Linn Draper Jr.)**
**P.O. Box 1999**
**Lampasas, TX 76550**

**Basic IDIQ, Inc. (Rich Barrick)**
**15907 Booth Circle**
**Leander, TX 78641**

**BEGA Ventures, LLC - Garin Wente**
**4136 Inwood Rd**
**Fort Worth, TX 76109**

**Benton J. Poole**
**1917 Esparanza Ct**
**Allen, TX 75013**

**BHP Consulting, LLC**
**3000 S Hulen St, Ste 124-209**
**Fort Worth, TX 76109**

**Blake Dempsey**
**2002 West Kirby**
**Wylie, TX 75098**

**Boening Family Properties Ltd.**
**1488 Dagg Rd.**
**Fort Worth, TX 76107**

**Bradley Thiessen**
**9032 Fringewood Dr**
**Dallas, TX 75228**

**Brian Lowrance Family Investments, LP**
**4717 Crestline**
**Fort Worth, TX 76107**

**Broadmont Associates LP**
**P.O. Box 31000**
**Tucson, AZ 85751**

**Charles E. & Dorinda R. Herzog**
**326 PR 5885**
**Yantis, TX 75497**

**CLTA 109 Investments, LLC**
**(Jonathan Mock -Mbr)**
**PO Box 100104**
**Fort Worth, TX 76185**

**Crestline Corporation (Jason D. Dial)**
**Global One Transport, Inc.**
**3215 West 4th Street**
**Fort Worth, TX 76107**

**Dan Lowrance**
**2008 Four Oaks Lane**
**Fort Worth, TX 76107**

**Dan Lowrance**
**2008 Four Oaks Lane**
**Fort Worth, TX 76107**

**Darrell D. Dial**
**28 Mont Dr**
**Fort Worth, TX 76132**

**David Holy**
**808 Tiffany Way**
**Dallas, TX 75218-8880**

**Don Neumeyer**
**17131 CR 426**
**Lindale, TX 75771**

**Douglas J. Brooks**
**P.O. Box 101628**
**Fort Worth, TX 76185**

**Eleven Times, LLC (Barney Wiley)**
**2412 Rogers Avenue**
**Fort Worth, TX 76109**

**F. Charles Neuberger**
**06 Katy Ranch Dr**
**Weatherford, TX 76085**

**James M. Shaffer**
**220 Drawing Maple St**
**San Marcos, TX 78666**

**Janet Dempsey**
**2002 West Kirby**
**Wylie, TX 75098**

**Jerry Rawlinson**
**1506 Willowview St**
**Longview, TX 75604**

**Joe & Gail Dempsey**
**2002 West Kirby**
**Wylie, TX 75098**

**Lake Worth Site Development, LLC**
**David Draper**
**P.O. Box 100104**
**Fort Worth, TX 76185**

**LasRosas Capital, LLC**
**Jim E. Parkman Jr.**
**600 Travis, Suite 600**
**Houston, TX 77002**

**Matthew D. Russell**
**P.O. Box 2851**
**Longview, TX 75606**

**R.B. O'Rielly Irrevocable GST Trust -**
**Rob Draper**
**P.O. Box 31000**
**Tucson, AZ 85751**

**Rainbow Investments Company**
**710 Buffalo Street, Ste. 800**
**Corpus Christi, TX 78401**

**Randal (Randy) Lee Collier**
**PO Box 147**
**Elysian Fields, TX 75642**

**Raymond S. Russell**
**P.O. Box 373**
**Longview, TX 75606**

**Righway Resources, LLC - Cody S.**
**PO Box 101391**
**Fort Worth, TX 76185**

**Russell D. Dial**
**461 N. Bailey Ave**
**Fort Worth, TX 76107**

**SR Family Holdings, LLC**
**(Steve Robinson)**
**2525 N. Pearl St., Ste. 1702**
**Dallas, TX 75201**

**Theodosia, LLC (Johnny Vaughan)**
**430 N. Center St**
**Longview, TX 75601**

**Thomas C. Merritt**
**118 N. Kilgore St**
**Kilgore, TX 75662**

**Timothy P. Stanley**
**7491 Blacks Rd SW**
**Pataskala, OH 43062**

**Toledo GG, LLC-RKR assigned**
**P.O. Box 2851**
**Longview, TX 75606**

**Waco Bend Asset Management, Ltd.**
**Louis Baldwin)**
**Fort Worth, TX 76107**

**WR (Will) Collier**
**PO Box 147**
**Elysian Fields, TX 75642**

☐ None [*Check if applicable*]

July 14, 2022

Date

/s/ Eric A. Liepins

**Eric A. Liepins**

Signature of Attorney or Litigant

Counsel for   **Independence Fuel Systems, LLC**

**Eric A. Liepins**
**12770 Coit Road**
**Suite 850**
**Dallas, TX 75251**
**972-991-5591 Fax:972-991-5788**
**eric@ealpc.com**