Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| INDEPENDENCE FUEL SYSTEMS, LLC | § | CASE 22-60301-11 |
| DEBTOR | § | |

**EMERGENCY MOTION FOR AUTHORITY TO USE OF CASH COLLATERAL**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Independence Fuel Systems, LLC ("Debtor") and moves the Court under

11 U.S.C. §363 for Emergency Approval of Interim Use of Cash Collateral and would show the

Court the following:

1.    The Debtor filed a voluntary Chapter 11 Petition on July 14, 2022.

2.    The Debtor must have cash to make payroll and to pay other immediate expenses

to keep its doors open.

3.    The Debtors business consists of the ownership and operation of 6  compressed

natural gas fuel stations.

4.    Origin Bank ("Origin") asserts a first  lien position, on all assets of Debtor which

        could

MOTION TO USE CASH COLLATERAL -- Page 1

include, among other things the inventory and  accounts receivable of Debtor ("Collateral").

This Collateral may constitute the cash collateral of Origin as that term is defined in the

Bankruptcy Code.

5.      The Debtor is in immediately need to use the alleged cash collateral of

Origin to maintain operations of the business. The continued operations of the Debtor will

necessitate the use of the cash collateral.

6.      The Debtor seeks to use the alleged cash collateral of Origin to make the payroll

and continue operations. Debtor seeks interim use of the cash collateral for the uses set forth on

Exhibit "A".

7.      An emergency exists in that the entire chance of the Debtor's reorganizing

depends on the Debtors ability to immediately obtain use the alleged collateral of Origin to

continue operations of the companies while effectuating a plan of reorganization.

8.      The Debtor is willing to provide Origin  with replacement liens pursuant to

11U.S.C. section 552.

WHEREFORE, PREMISES CONSIDERED, the Debtor would request this matter be set

down for an Emergency Hearing and that upon hearing, this Court enter and Order authorizing

the Debtor's Interim Use of the Cash Collateral  of Origin in the amounts set forth in Exhibit "A"

and to grant Origin, adequate protection in the form of replacement liens under 11 U.S.C. section

552,  and for such other and further relief as the Debtor may show itself justly entitled.

Respectfully submitted,

Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850

**MOTION TO USE CASH COLLATERAL -- Page 2**

Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

By:_/s/ Eric Liepins_____
    Eric A. Liepins, SBN 12338110

PROPOSED ATTORNEY FOR DEBTOR

Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion was sent via telecopy or e-mail to the Brian Morris attorney of record for Origin Ban  and the United States Trustee on this the 14th day of July 2022.

____/s/ Eric Liepins_____
Eric A. Liepins

EXHIBIT A

OPERATING BUDGET

| | |
|---|---|
| Natural Gas | 4,800 |
| Electricity | 1,800 |
| Station Communications | 100 |
| Rent Stations | 7,000 |
| Rent office | 1,500 |
| Contract Labor | 1,500 |
| Maintenance | 1,500 |
| Excise Taxes | 2,500 |
| payroll | 17,500 |
| Insurance | 5,000 |
| total | 41,700 |