IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| INDEPENDENCE FUEL SYSTEMS, LLC | § | |
| | § | Case no.22-60301  -11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

## ORDER ON EMERGENCY MOTION FOR AUTHORITY TO USE OF CASH COLLATERAL

CAME on this day to be considered the Emergency Motion to Use Cash Collateral filed in this proceeding on July 14, 2022. The Court having reviewed the pleading and having heard testimony of witnesses and argument of counsel finds that an emergency need exists to order the relief herein on an interim basis and that it is in the best of the Debtor, the Debtor's estate and Debtor's creditors, to authorize the Debtor to use cash collateral is the only means available to Debtor to finance its operation at the present and that immediate and irreparable harm will result if the Debtor is not permitted to use the cash collateral in the amounts set forth in the Budget attached hereto as Exhibit A.  It is accordingly,

ORDERED that the Debtor be and is by this Order authorized to use on an interim basis the cash collateral and  proceeds in which Origin Bank ("Origin") may assert a  lien position in accordance with the provisions in the Budget attached hereto, for any budgeted item that is due and payable  before the final hearing.  It is further

ORDERED that as adequate protection Origin is  hereby granted  replacement liens under 11 U.S.C. §552, to the extent of any diminishment in the value of Origin, in accordance with its

existing priority. It is further

  ORDERED that a hearing will be held on S_____, 2022 at \_\_\_\_ o'clock \_\_ .m.

to determine if this Order should be continued, modified or terminated.

  EXHIBIT A

OPERATING BUDGET

| | |
|---|---|
| Natural Gas | 4,800 |
| Electricity | 1,800 |
| Station Communications | 100 |
| Rent Stations | 7,000 |
| Rent office | 1,500 |
| Contract Labor | 1,500 |
| Maintenance | 1,500 |
| Excise Taxes | 2,500 |
| payroll | 17,500 |
| Insurance | 5,000 |
| total | 41,700 |