| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-6<br>Case 22-60301<br>Eastern District of Texas<br>Tyler<br>Thu Jul 14 12:36:44 CDT 2022 | Independence Fuel Systems, LLC<br>381 Casa Linda Plaza<br>Dallas, TX 75218-3471 | Tyler - U. S. Bankruptcy Court<br>Plaza Tower<br>110 N. College Avenue<br>Ninth Floor<br>Tyler, TX 75702-7226 |
| American Express<br>World Finance Center<br>200 Vesey St<br>New York, NY 10285-1000 | Benton Poole<br>515 N. Fredonia,<br>Longview, TX 75601-5308 | Brad Thiessen<br>9032 Fringewood dr,<br>Dallas, TX 75228-5110 |
| Brian Morris<br>2728 N Harwood<br>Suite 500<br>Dallas, TX 75201-1743 | Certified Landscaping & Ground Maintenan<br>211 Commander Dr,<br>Longview, TX 75605-4610 | Charles Neuberger<br>106 Katy Ranch Drive<br>Weatherford, TX 76085-8244 |
| Christina Lacy<br>P.O. Box 639<br>Centerville, TX 75833-0639 | Compression Technology dba ComTech Energ<br>8620 Escarpment Way, Units 11-14<br>L9T OM1, Canada | DFW Oil, Inc.<br>11551 Forest central Drive,<br>Dallas, TX 75243-3922 |
| David Holy<br>808 Tiffany Way<br>Dallas, TX 75218-2741 | Eastern Fuel-#1<br>1100 Stone Rd, Suite 2020,<br>Dallas, TX 75243 | Eastern Gas<br>1100 Stone Road<br>Suite 2020<br>Kilgore, TX 75662-5496 |
| Eastman Midstream, LP<br>515 N. Fredonia<br>Dallas, TX 75243 | Harris Cook LLP, Attn Larry Fowler, Jr.<br>1309-A West Abram Street<br>Arlington, TX 76013-6426 | Matt Russell<br>515 N. Fredonia<br>Longview, TX 75601-5308 |
| Medina Electric Cooperative<br>237 TX-173 North<br>Hondo, TX 78861 | Michelle Terry, Tax A/C Gregg Co<br>101 e Methvin st #215<br>Longview, TX 75601-7235 | Origin Bank<br>6124 Berkshire Lane<br>Dallas, TX 75225-5501 |
| Raymond Russell<br>515 N. Fredonia,<br>Longview, TX 75601-5308 | Reliant<br>PO Box 3765<br>Houston, TX 77253-3765 | Riata Mineral Rights, Ltd<br>313 Nye<br>Laredo, TX 78041-2719 |
| Shane Graves, P.C.<br>313 Nye, Laredo<br>Laredo, TX 78041 | Shoco Development<br>851 W Harrison<br>Longview, TX 75604-5208 | Southwestern Electric Power<br>416 Travis st<br>Shreveport, LA 71101-3282 |
| Sovereign Land Company, LLC<br>1917 Esparanza Ct<br>Allen, TX 75013-4762 | Tele-One Communications, Inc<br>5620 Old Bullard rd #109<br>Tyler, TX 75703-4358 | Total Eastman Midstream, LP<br>515 N. Fredonia,<br>Longview, TX 75601-5308 |

| | | |
|---|---|---|
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Eric A Liepins<br>Eric A. Liepins, P.C.<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251-1364 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Christina S. Lacey<br>Centerville Station Royalty<br>PO Box 639,<br>TX 75883 | (u)United States Treasury - Cinn | End of Label Matrix<br>Mailable recipients    31<br>Bypassed recipients     2<br>Total                  33 |