**ERIC A. LIEPINS**
**ERIC A. LIEPINS, P.C.**
12770 Coit Road, Suite 850
Dallas, Texas  75251
(972) 991-5591
(972) 991-5788 - Telefax

Proposed Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| INDEPENCE FUEL SYSTEMS, LLC | § | 22-60301 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

MOTION FOR SETTING AND REQUEST FOR EXPEDITED HEARING ON MOTION FOR INTERIM USE OF CASH COLLATERAL

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Independence Ful Systems, LLC ("IFS"), Debtor and hereby requests that a hearing be set on the Debtor's Motion for Interim Use of Cash Collateral. The Debtor requests the hearing by July 18, 2022.  A  Hearing by such date is necessary to allow the Debtor to proceed with operations.

Notice of proposed expedited hearing will be provided to the US Trustee, the Chapter 11 Sub V Trustee, all secured creditors and the 20 largest unsecured creditors by Debtor and will be sufficient because the Debtor has telecopied or e-mailed  the parties and contact the creditors concerning this matter.

Respectfully submitted,

ERIC A. LIEPINS, P.C.
12770 Coit Road, Suite 850
Dallas, Texas  75251
(972) 991-5591
(972) 991-5788 - fax

BY:__/s/ Eric Liepins_____
　　　ERIC A. LIEPINS, SBN 12338110

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all creditors on this the 14th day of July 2022.

　/s/ Eric Liepins　
Eric Liepins