Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| INDEPENDENCE FUEL SYSTEMS, LLC | § | CASE 22-60301-11 |
| DEBTOR | § | |

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON EMERGENCY MOTION FOR AUTHORITY TO USE OF CASH COLLATERAL

I hereby certify that a true and correct copy of the Order Setting Emergency (Preliminary) Virtual Hearing on Debtor's Cash Collateral was sent via e-mail to the Brian Morris attorney of record for Origin Bank at bmorris@winstead.com, Mark Weisbart the Subchapter V Trustee at Mweisbart@haywardfirm.com and the United States Trustee on this the 15th day of July 2022.

    Respectfully submitted,

    Eric A. Liepins
    Eric A. Liepins, P.C.
    12770 Coit Road
    Suite 850
    Dallas, Texas 75251
    (972) 991-5591
    (972) 991-5788 - telecopier

    By:_/s/ Eric Liepins_____
        Eric A. Liepins, SBN 12338110

PROPOSED ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE -- Page 1**

**CERTIFICATE OF SERVICE -- Page 2**