Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| INDEPENDENCE FUEL SYSTEMS, LLC | § | CASE 22-60301-11 |
| DEBTOR | § | |

## WITNESS AND EXHIBIT LIST FOR HEARING ON EMERGENCY MOTION FOR AUTHORITY TO USE OF CASH COLLATERAL

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Independence Fuel Systems, LLC ("Debtor") and files this its witness and exhibit list for hearing on Motion to Use Cash and would show the Court the following:

Witnesses

Charles Neuberger

Any witness designated by any other party

Exhibits

1.    Proof of Service of Order setting hearing

2..   Budget of Debtor

Any Exhibit designated by any other party.

**Witness and Exhibit List -- Page 1**

Respectfully submitted,

Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

By:_/s/ Eric Liepins_____
      Eric A. Liepins, SBN 12338110

PROPOSED ATTORNEY FOR DEBTOR

Certificate of service

    I hereby certify that a true and correct copy of the foregoing was sent via e-mail to the Brian Morris attorney of record for Origin Bank at bmorris@winstead.com, Mark Weisbart the Subchapter V Trustee at Mweisbart@haywardfirm.com and the United States Trustee on this the 15th day of July 2022.

      _/s/ Eric Liepins __
      Eric Liepins

**Witness and Exhibit List -- Page 2**