

OPERATING BUDGET

| | |
|---|---|
| Natural Gas | 4,800 |
| Electricity | 1,800 |
| Station Communications | 100 |
| Rent Stations | 7,000 |
| Rent office | 1,500 |
| Contract Labor | 1,500 |
| Maintenance | 1,500 |
| Excise Taxes | 2,500 |
| payroll | 17,500 |
| Insurance | 5,000 |
| total | 41,700 |