Joseph J. Wielebinski– SBT #21432400
Annmarie Chiarello – SBT # 24097496
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Phone:  (214) 745-5400
Fax:     (214) 745-5390
e-mail: jwielebinski@winstead.com
e-mail: achiarello@winstead.com

**ATTORNEYS FOR ORIGIN BANK**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| INDEPENDENCE FUEL SYSTEMS, LLC,[1] | § § § | Case No. 22-60301 |
| DEBTOR. | § § § | |

### NOTICE OF APPEARANCE, REQUEST FOR ALL
### NOTICES, AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Winstead PC ("Winstead"), appearing on behalf of Origin Bank, hereby submits this Notice of Appearance in the above-captioned case and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including, without limitation, all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and § 342 of the Bankruptcy Code.  All notices given or required to be given in this case shall be served upon Winstead as follows:

> Joe Wielebinski
> **Winstead PC**
> 500 Winstead Building

---

[1] Independence Fuel Systems, LLC (the "Debtor"), Address: 381 Casa Linda Plaza, Dallas, TX 75218, EIN: XX-XXX5507.

---

**NOTICE OF APPEARANCE**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 3

>   2728 N. Harwood Street
>   Dallas, Texas 75201
>   Telephone:  (214) 745-5400
>   Facsimile:   (214) 745-5390
>   e-mail:  jwielebinski@winstead.com

This notice of appearance is not a waiver of any right to challenge the eligibility of the Debtor for relief under the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any notice of fee applications, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, whether transmitted or conveyed by mail, electronic delivery, hand delivery, telephone, facsimile, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any adversary proceeding related thereto.

**DATED:  July 15, 2022.**

>   Respectfully submitted,
>
>   By:  /s/ *Joe Wielebinski*
>   Joe Wielebinski
>   Texas Bar No. 21432400
>   **WINSTEAD PC**
>   500 Winstead Building
>   2728 N. Harwood Street
>   Dallas, Texas 75201
>   Telephone:  (214) 745-5400
>   Facsimile:   (214) 745-5390
>   jwielebinski@winstead.com
>
>   **ATTORNEYS FOR ORIGIN BANK**

## CERTIFICATE OF SERVICE

      The undersigned certifies that on July 15, 2022, a true and correct copy of the foregoing Notice of Appearance will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

      */s/ Joe Wielebinski*
      Joe Wielebinski