Joseph J. Wielebinski– SBT #21432400
Annmarie Chiarello – SBT # 24097496
**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
Phone:  (214) 745-5400
Fax:     (214) 745-5390
e-mail: jwielebinski@winstead.com
e-mail: achiarello@winstead.com

**ATTORNEYS FOR ORIGIN BANK**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| INDEPENDENCE FUEL SYSTEMS, LLC,[1] | § § § | Case No. 22-60301 |
| DEBTOR. | § § § | |

## WITNESS AND EXHIBIT LIST

Origin Bank ("Origin") files this Witness and Exhibit List and designates the following witnesses and exhibits in connection with the **July 18, 2022,** hearing in the above-referenced case.

### WITNESSES

1. A representative of Origin;

2. A representative of the Debtor;

3. Any witness designated or called by any other party; and

4. Any impeachment or rebuttal witnesses.

### EXHIBITS

| Exhibit | Description | Off. | Obj. | Adm. |
|---|---|---|---|---|
| A. | That certain Loan Agreement, by and between the Debtor and Origin, dated July 26, 2016 | | | |

---

[1] Independence Fuel Systems, LLC (the "Debtor"), Address: 381 Casa Linda Plaza, Dallas, TX 75218, EIN: XX-XXX5507.

---

**WITNESS AND EXHIBIT LIST**                                                                                         Page 1 of 3

| Exhibit | Description | Off. | Obj. | Adm. |
|---|---|---|---|---|
| B. | That certain First Amendment to Loan Agreement, by and between the Debtor and Origin, dated July 25, 2017 | | | |
| C. | That certain Advance Promissory Note, executed by the Debtor in favor of Origin, dated July 26, 2016, in the original principal amount of $3,500,000.00 | | | |
| D. | That certain Advance Promissory Note (Second Advance Note), executed by the Debtor in favor of Origin, dated July 25, 2017, in the original principal amount of $1,500,000.00 | | | |
| E. | That certain Security Agreement executed by the Debtor in favor of Origin, dated effective July 26, 2016 | | | |
| F. | That certain Restated Collateral Assignment of Royalty Agreements, executed by the Debtor in favor of Origin, dated defective July 25, 2017 | | | |
| G. | That certain Restated Collateral Assignment of Leases, executed by the Debtor in favor of Origin, dated defective July 25, 2017; | | | |
| H. | [Intentionally Left Blank] | | | |
| I. | That certain UCC-1 Financing Statement, filed on August 10, 2016 with the Texas Secretary of State under Filing Number 16-0026283583 | | | |
| J. | That certain UCC-1 Financing Statement, filed on September 30, 2021 with the Texas Secretary of State under Filing Number 21-0043072625 | | | |
| K. | That certain Collateral Assignment of Royalty Agreements, executed by the Debtor in favor of Origin, dated defective July 2**6**, **2016** | | | |
| L. | That certain Collateral Assignment of Leases, executed by the Debtor in favor of Origin, dated defective **July 26**, 201**6** | | | |
| M. | Any impeachment or rebuttal exhibits or any exhibits designated by any other party | | | |
| N. | Any pleadings, reports, or other documents filed in Bankruptcy Case No. 22-60301 and any adversary or appeal related to the foregoing bankruptcy cases, and any transcripts in such cases. | | | |

Origin reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing and/or in compliance with the Local Bankruptcy Rules and the orders of this Court. Origin further reserves the right to provide any documents amended or supplemented in this Witness and Exhibit List to opposing counsel and to this Court as they become available.

**DATED: July 15, 2022.**

Respectfully submitted,

**WINSTEAD PC**
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 (Phone)
(214) 745-5390 (Facsimile)

By: */s/ Annmarie Chiarello*
Joseph J. Wielebinski– SBT #21432400
e-mail: jwielebinski@winstead.com
Annmarie Chiarello – SBT # 24097496
e-mail: achiarello@winstead.com

**ATTORNEYS FOR ORIGIN BANK**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 15, 2022, a true and correct copy of the foregoing Notice will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Annmarie Chiarello*
One of Counsel