EOD
07/15/2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **INDEPENDENCE FUEL SYSTEMS, LLC** | § | Case No. 22-60301 |
| 381 Casa Linda Plaza | § | |
| Dallas, TX 75218 | § | |
| | § | |
| Debtor | § | Chapter 11 - **Subch. V** |

**ORDER SETTING EMERGENCY (PRELIMINARY)**
**VIRTUAL HEARING ON DEBTOR'S CASH COLLATERAL**

ON THIS DATE the Court considered the request for emergency hearing filed on

July 14, 2022, by Independence Fuel Systems, LLC ("Debtor"), the Debtor and Debtor-

in-Possession in the above-referenced case, in conjunction with its:

**(1)** Motion for Authority to Use Cash Collateral of Origin Bank
(the "Cash Collateral Motion") **[dkt #3]**

filed on July 14, 2022. The Debtor's Cash Collateral Motion pertains to the apparent cash

collateral of Origin Bank.[1] The Court finds that the Request fails to comply with LBR

9007(b) in that it does not contain "an affidavit or an unsworn declaration under penalty of

perjury as provided in 28 U.S.C. §1746 by the party or the attorney attesting to the

emergency facts" as required by this Court's local rule. This failure is grounds for

---

[1] The source and validity of such lien rights is, of course, subject to possible dispute and the creditor has the duty to establish its interest in property from which its cash collateral rights allegedly arise. 11 U.S.C. §363(p)

-1-

dismissal of the request without further consideration.  However, the Court has reviewed the Cash Collateral Motion and finds that justification exists for the setting of an emergency hearing despite failure to comply with LBR 9007(b).  Debtor's counsel is advised that compliance with the requirements of this Court's rules in future is expected.

However, pursuant to Fed. R. Bankr. P. 4001(b)(2) a final hearing on a motion for authority to use cash collateral may be commenced no earlier than fourteen (14) days after service of such a motion, except that the Court may authorize the use of cash collateral on an interim basis to the extent necessary to avoid an immediate and irreparable harm to the estate pending a final hearing.  **The parties should be prepared to abide by the provisions of Rule 4001(b)(2) with regard to the approval of any provision which properly should be subjected to the full notice period invoked by the Federal Rules of Bankruptcy Procedure**.  Subject to that limitation, the Court finds that sufficient cause has been presented to justify the setting of an emergency (preliminary) hearing on the Cash Collateral Motion.  Accordingly,

**IT IS THEREFORE ORDERED** that the request for emergency hearing is **GRANTED** and that a **preliminary** hearing on the Debtor's Cash Collateral Motion will be conducted **by virtual hearing** on:

**Monday, July 18, 2022 at 8:30 am**

*** Join Microsoft Teams Hearing:   https://bit.ly/3aEcLP6 ***

**IT IS FURTHER ORDERED** that the presentation of proposed exhibits at this virtual hearing by any party-in-interest should be:

    (1) tendered in an electronic format,

    (2) properly marked by party designation per LBR 7016(d)(2) or (3); and

    *(3) separately attached and filed in the Court's docket on or before 5:00 p.m. CDT* on the day <u>PRIOR</u> to the hearing.

**IT IS FURTHER ORDERED** that the hearing shall be conducted pursuant to the directives regarding the conduct of virtual hearings located on Judge Searcy's webpage on the Court's website, https://www.txeb.uscourts.gov/content/judgesearcy under the *Court Appearances and Hearing Methods* tab. Attorneys are responsible for the virtual appearance of any witness called in its case-in-chief. Any such witness must:

    (1)  join the hearing as a separate participant from the sponsoring attorney;

    (2)  using a different camera and microphone than the sponsoring attorney; and

    (3)  be capable of accessing any exhibit needed for the examination.

**IT IS FURTHER ORDERED** that:

a.    the attorneys (if identified) for all involved parties referenced by the Cash Collateral Motion, together with the Subchapter V Trustee and any party who has filed a Notice of Appearance or Creditor Request for Notice, are receiving notice with a link to the virtual hearing within this order;

b.    additional parties-in-interest seeking to participate in the virtual hearing may contact the Courtroom Deputy as set forth below:

>Ms. Alexa Turman
>Phone: (903) 590-3240
>or
>Email: Alexa_Turman@txeb.uscourts.gov.

**IT IS FURTHER ORDERED** that, unless notice of this Order has been given by the Court by electronic means through its CM-ECF system as indicated on the related Notice of Electronic Filing pertaining to this Order, the Debtor-in-Possession or its counsel shall give notice of these emergency hearings by forwarding a copy of this Order by the most expedient means available, including electronic or facsimile transmission, if possible, to all other parties listed in the certificate of service contained in the Motion, to all parties entitled to notice under the Federal Rules of Bankruptcy Procedure or pursuant to LBR 9013, as well as any other affected party, and the Debtor-in-Possession or its counsel shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

Signed on 07/15/2022

JD

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Eastern District of Texas

In re:  Case No. 22-60301-jps
Independence Fuel Systems, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-6     User: admin     Page 1 of 2
Date Rcvd: Jul 15, 2022     Form ID: pdf400     Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Independence Fuel Systems, LLC, 381 Casa Linda Plaza, Dallas, TX 75218-3471 |
| 8162415 | + | Benton Poole, 515 N. Fredonia,, Longview, TX 75601-5308 |
| 8162416 | + | Brad Thiessen, 9032 Fringewood dr,, Dallas, TX 75228-5110 |
| 8162417 | + | Brian Morris, 2728 N Harwood, Suite 500, Dallas, TX 75201-1743 |
| 8162418 | + | Certified Landscaping & Ground Maintenan, 211 Commander Dr,, Longview, TX 75605-4610 |
| 8162419 | + | Charles Neuberger, 106 Katy Ranch Drive, Weatherford, TX 76085-8244 |
| 8162420 | + | Christina Lacy, P.O. Box 639, Centerville, TX 75833-0639 |
| 8162422 | | Compression Technology dba ComTech Energ, 8620 Escarpment Way, Units 11-14, L9T OM1, Canada |
| 8162423 | | David Holy, 808 Tiffany Way, Dallas, TX 75218-2741 |
| 8162425 | | Eastern Fuel-#1, 1100 Stone Rd, Suite 2020,, Dallas, TX 75243 |
| 8162426 | + | Eastern Gas, 1100 Stone Road, Suite 2020, Kilgore, TX 75662-5496 |
| 8162427 | | Eastman Midstream, LP, 515 N. Fredonia, Dallas, TX 75243 |
| 8162428 | + | Harris Cook LLP, Attn Larry Fowler, Jr., 1309-A West Abram Street, Arlington, TX 76013-6426 |
| 8162429 | + | Matt Russell, 515 N. Fredonia, Longview, TX 75601-5308 |
| 8162430 | | Medina Electric Cooperative, 237 TX-173 North, Hondo, TX 78861 |
| 8162431 | + | Michelle Terry, Tax A/C Gregg Co, 101 e Methvin st #215, Longview, TX 75601-7235 |
| 8162432 | + | Origin Bank, 6124 Berkshire Lane, Dallas, TX 75225-5501 |
| 8162433 | + | Raymond Russell, 515 N. Fredonia,, Longview, TX 75601-5308 |
| 8162436 | | Shane Graves, P.C., 313 Nye, Laredo, Laredo, TX 78041 |
| 8162437 | + | Shoco Development, 851 W Harrison, Longview, TX 75604-5208 |
| 8162438 | + | Southwestern Electric Power, 416 Travis st, Shreveport, LA 71101-3282 |
| 8162439 | + | Sovereign Land Company, LLC, 1917 Esparanza Ct, Allen, TX 75013-4762 |
| 8162441 | + | Total Eastman Midstream, LP, 515 N. Fredonia,, Longview, TX 75601-5308 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 8162414 | + | Email/PDF: bncnotices@becket-lee.com | Jul 15 2022 23:23:37 | American Express, World Finance Center, 200 Vesey St, New York, NY 10285-1000 |
| 8162434 | + | Email/Text: ecfbankruptcy@nrg.com | Jul 15 2022 23:18:00 | Reliant, PO Box 3765, Houston, TX 77253-3765 |
| 8162440 | + | Email/Text: ap@tele-onecom.com | Jul 15 2022 23:18:00 | Tele-One Communications, Inc, 5620 Old Bullard rd #109, Tyler, TX 75703-4358 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 8162421 | | Christina S. Lacey, Centerville Station Royalty, PO Box 639,, TX 75883 |

Case 22-60301    Doc 12    Filed 07/17/22    Entered 07/17/22 23:22:18    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0540-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 15, 2022 | Form ID: pdf400 | Total Noticed: 26 |

| 8162442 | | United States Treasury - Cinn |
| 8162424 | ##+ | DFW Oil, Inc., 11551 Forest central Drive,, Dallas, TX 75243-3922 |
| 8162435 | ##+ | Riata Mineral Rights, Ltd, 313 Nye, Laredo, TX 78041-2719 |

TOTAL: 2 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2022              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor Independence Fuel Systems  LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2