# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| IN RE:<br><br>Independence Fuel Systems, LLC<br>381 Casa Linda Plaza<br>Dallas, TX 75218<br><br>Debtor | Case No. 22-60301<br><br>Chapter 11 |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Mark A. Weisbart
10501 N. CENTRAL EXPY., STE. 106
DALLAS, TEXAS 75231
MAIN/FAX: (972) 755-7100:
DIRECT: (972) 755-7103
MWEISBART@HAYWARDFIRM.COM

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date:   07/18/22

William Neary, United States Trustee for Region 6
(Northern and Eastern Districts of Texas)

By: */s/ John Vardeman*
John Vardeman
Trial Attorney
TBN 20496260
United States Trustee
110 N College, Suite 300
Tyler, TX 75702
(903) 590-1450x218
FAX (903) 590-1461