IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Independence Fuel Systems, LLC | § | CASE NO. 22-60301 |
| | § | |
| Debtor(s) | § | Chapter 11 SBRA V |

**NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF PAPERS**

Now comes PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP and files this its appearance as counsel of record for PANOLA COUNTY and does state that it is authorized by contract with the claimant to make this appearance on its behalf. Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, Rules 2002 and 9010(b) of the Bankruptcy Rules, and relevant local rules, the claimant respectfully requests that all notices, pleadings, proposed orders, and confirmed copies of orders given or required to be given in these proceedings be directed to counsel at the following address:

>Panola County
>Perdue Brandon Fielder Collins & Mott, LLP
>PO Box 2007
>Tyler, TX  75710-2007
>mthomas@pbfcm.com   &   tylbkc@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with

respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

                        Respectfully Submitted,

                        **PERDUE BRANDON FIELDER COLLINS & MOTT, LLP**
                        Attorneys for Claimant/s

                        By: /s/ Meme L. Thomas
                            MEME L. THOMAS
                            SBN: 24088440
                            PO Box 2007
                            Tyler, TX  75710-2007
                            (903) 597-7664    FAX (903) 597-6298
                            mthomas@pbfcm.com & tylbkc@pbfcm.com

### *CERTIFICATE OF SERVICE*

I do hereby certify that a true and correct copy of the foregoing has been sent to the parties listed below by the method indicated on this the 18th day of July, 2022.

                        By: /s/ Meme L. Thomas
                            MEME L. THOMAS
                            SBN: 24088440

BY FIRST-CLASS MAIL
Debtor/s: Independence Fuel Systems, LLC, 81 Casa Linda Plaza, Dallas, TX  75218

BY ELECTRONIC SERVICE
Attorney for Debtor/s: Eric A. Liepins, P.C., 12770 Coit Road Suite 850, Dallas, TX  75251
Trustee: Mark A WEISBART (SBRA V), Subchapter V Trustee, 10501 N Central Expy Suite
      106, Dallas, TX  75231-2203
US Trustee: John M. Vardeman, UST Office, 110 N. College St. Suite 300, Tyler, TX  75702
And to all other parties accepting electronic service through CM/ECF.