IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 22-60301 |
| INDEPENDENCE FUEL SYSTEMS, LLC | |
| DEBTOR | CHAPTER 11 |

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Julie Anne Parsons, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for The County of Leon, Texas, in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated:  July 18, 2022

                                              Respectfully submitted,

                                              MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                              Attorneys for Claimant, The County of Leon, Texas

                                              */s/Julie Anne Parsons*
                                              Julie Anne Parsons
                                              State Bar Number 00790358
                                              P.O. Box 1269
                                              Round Rock, Texas 78680
                                              Telephone: (512) 323-3200
                                              Fax: (512) 323-3205
                                              Email: jparsons@mvbalaw.com

CERTIFICATE OF SERVICE

    I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Eric A Liepins, Eric A. Liepins, P.C., 12770 Coit Road Suite 850, Dallas, Texas 75251; John M. Vardeman, UST Office, 110 N. College St., Suite 300, Tyler, Texas 75702; Mark A WEISBART (SBRA V), Subchapter V Trustee 10501 N Central Expy Suite 106, Dallas, Texas 75231-2203, and to those parties listed on the Court's Notice of Electronic Filing on July 18, 2022, by Electronic Notification.

                                              */s/Julie Anne Parsons*
                                              Julie Anne Parsons