Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| INDEPENDENCE FUEL SYSTEMS, LLC | § | CASE 22-60301-11 |
| DEBTOR | § | |

**CERTIFICATE OF SERVICE OF INTERIM ORDER AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL AND PROVIDING FOR ADEQUATE PROTECTION**

      I hereby certify that a true and correct copy of the Interim Order Authorizing the Debtor's Use of Cash Collateral and Providing Adequate Protection was sent via US Mail to all parties on the attached matrix on this the 20th day of July 2022.

      Respectfully submitted,

      Eric A. Liepins
      Eric A. Liepins, P.C.
      12770 Coit Road
      Suite 850
      Dallas, Texas 75251
      (972) 991-5591
      (972) 991-5788 - telecopier

      By:_/s/ Eric Liepins_____
          Eric A. Liepins, SBN 12338110

PROPOSED ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE -- Page 1**

**CERTIFICATE OF SERVICE -- Page 2**