| Information to identify the case: | | |
|---|---|---|
| Debtor | Independence Fuel Systems, LLC<br>Name | EIN: 45–4695507 |
| United States Bankruptcy Court | Eastern District of Texas | Date case filed for chapter: 11   7/14/22 |
| Case number: | 22–60301 | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

## Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Independence Fuel Systems, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 381 Casa Linda Plaza<br>Dallas, TX 75218 | |
| 4. | **Debtor's attorney**<br>Name and address | Eric A Liepins<br>Eric A. Liepins, P.C.<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251 | Contact phone 972–991–5591<br><br>Email: eric@ealpc.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Mark A WEISBART (SBRA V)<br>Subchapter V Trustee<br>10501 N Central Expy Suite 106<br>Dallas, TX 75231–2203 | Contact phone 972–755–7103<br><br>Email: mweisbart@haywardfirm.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Plaza Tower<br>110 N. College Avenue<br>Ninth Floor<br>Tyler, TX 75702 | Hours open:<br>8:00 – 4:00<br><br>Contact phone 903–590–3200<br><br>Date: 7/18/22 |

**For more information, see page 2 >**

Debtor **Independence Fuel Systems, LLC**　　　　　　　　　　　　　　　　　　　　　　　Case number **22–60301**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **August 17, 2022 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Telephonic Hearing–See Instructions** |
| **8. Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | **For all creditors (except a governmental unit):** | 9/22/22 |
| | **For a governmental unit:** | 1/10/23 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim may be filed electronically. Click the "File a Claim" button on the home page at https://www.txeb.uscourts.gov/ to submit a claim. Contact the bankruptcy clerk's office for further instructions.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **9. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** | _____ |
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| **12. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court
Eastern District of Texas

In re: Case No. 22-60301-jps
Independence Fuel Systems, LLC Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-6      User: admin      Page 1 of 2
Date Rcvd: Jul 18, 2022      Form ID: 309F2      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Independence Fuel Systems, LLC, 381 Casa Linda Plaza, Dallas, TX 75218-3471 |
| aty | + | Annmarie Chiarello, Winstead PC, 500 Winstead Building, 2728 N. Harwood Street, Dallas, TX 75201-1743 |
| aty | + | John M. Vardeman, UST Office, 110 N. College St., Suite 300, Tyler, TX 75702-7231 |
| aty | + | Joseph J. Wielebinski, Jr., Winstead PC, 500 Winstead Building, 2728 N. Harwood Street, Dallas, TX 75201-1743 |
| tr | | Mark A WEISBART (SBRA V), Subchapter V Trustee, 10501 N Central Expy Suite 106, Dallas, TX 75231-2203 |
| 8162415 | + | Benton Poole, 515 N. Fredonia,, Longview, TX 75601-5308 |
| 8162416 | + | Brad Thiessen, 9032 Fringewood dr,, Dallas, TX 75228-5110 |
| 8162417 | + | Brian Morris, 2728 N Harwood, Suite 500, Dallas, TX 75201-1743 |
| 8162418 | + | Certified Landscaping & Ground Maintenan, 211 Commander Dr,, Longview, TX 75605-4610 |
| 8162419 | + | Charles Neuberger, 106 Katy Ranch Drive, Weatherford, TX 76085-8244 |
| 8162420 | + | Christina Lacy, P.O. Box 639, Centerville, TX 75833-0639 |
| 8162422 | | Compression Technology dba ComTech Energ, 8620 Escarpment Way, Units 11-14, L9T OM1, Canada |
| 8162423 | | David Holy, 808 Tiffany Way, Dallas, TX 75218-2741 |
| 8162425 | | Eastern Fuel-#1, 1100 Stone Rd, Suite 2020,, Dallas, TX 75243 |
| 8162426 | + | Eastern Gas, 1100 Stone Road, Suite 2020, Kilgore, TX 75662-5496 |
| 8162427 | | Eastman Midstream, LP, 515 N. Fredonia, Dallas, TX 75243 |
| 8162428 | + | Harris Cook LLP, Attn Larry Fowler, Jr., 1309-A West Abram Street, Arlington, TX 76013-6426 |
| 8162429 | + | Matt Russell, 515 N. Fredonia, Longview, TX 75601-5308 |
| 8162430 | | Medina Electric Cooperative, 237 TX-173 North, Hondo, TX 78861 |
| 8162431 | + | Michelle Terry, Tax A/C Gregg Co, 101 e Methvin st #215, Longview, TX 75601-7235 |
| 8162432 | + | Origin Bank, 6124 Berkshire Lane, Dallas, TX 75225-5501 |
| 8162433 | + | Raymond Russell, 515 N. Fredonia,, Longview, TX 75601-5308 |
| 8162436 | | Shane Graves, P.C., 313 Nye, Laredo, Laredo, TX 78041 |
| 8162437 | + | Shoco Development, 851 W Harrison, Longview, TX 75604-5208 |
| 8162438 | + | Southwestern Electric Power, 416 Travis st, Shreveport, LA 71101-3282 |
| 8162439 | + | Sovereign Land Company, LLC, 1917 Esparanza Ct, Allen, TX 75013-4762 |
| 8162441 | + | Total Eastman Midstream, LP, 515 N. Fredonia,, Longview, TX 75601-5308 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: eric@ealpc.com | Jul 18 2022 23:47:00 | Eric A Liepins, Eric A. Liepins, P.C., 12770 Coit Road, Suite 850, Dallas, TX 75251 |
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Jul 18 2022 23:47:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| 8162414 | + | Email/PDF: bncnotices@becket-lee.com | Jul 18 2022 23:49:24 | American Express, World Finance Center, 200 Vesey St, New York, NY 10285-1000 |
| 8162434 | + | Email/Text: ecfbankruptcy@nrg.com | Jul 18 2022 23:47:00 | Reliant, PO Box 3765, Houston, TX 77253-3765 |
| 8162440 | + | Email/Text: ap@tele-onecom.com | Jul 18 2022 23:47:00 | Tele-One Communications, Inc, 5620 Old Bullard rd #109, Tyler, TX 75703-4358 |

Case 22-60301 Doc 21 Filed 07/20/22 Entered 07/20/22 23:27:49 Desc Imaged
Certificate of Notice Page 4 of 4

| District/off: 0540-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 18, 2022 | Form ID: 309F2 | Total Noticed: 32 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Origin Bank |
| 8162421 | | Christina S. Lacey, Centerville Station Royalty, PO Box 639,, TX 75883 |
| 8162442 | | United States Treasury - Cinn |
| 8162424 | ##+ | DFW Oil, Inc., 11551 Forest central Drive,, Dallas, TX 75243-3922 |
| 8162435 | ##+ | Riata Mineral Rights, Ltd, 313 Nye, Laredo, TX 78041-2719 |

TOTAL: 3 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Annmarie Chiarello | on behalf of Creditor Origin Bank achiarello@winstead.com dgalindo@winstead.com |
| Eric A Liepins | on behalf of Debtor Independence Fuel Systems LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| John M. Vardeman | on behalf of U.S. Trustee US Trustee john.m.vardeman@usdoj.gov |
| Joseph J. Wielebinski, Jr. | on behalf of Creditor Origin Bank jwielebinski@winstead.com bmcdearmon@winstead.com |
| Mark A WEISBART (SBRA V) | mweisbart@haywardfirm.com tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com |

TOTAL: 5