## INFORMATION FOR THE SECTION 341 MEETING OF CREDITORS

This Section 341 Meeting of Creditors ("Meeting") will be conducted telephonically. The telephone call in number and participant code for the Section 341 Meeting of Creditors ("Meeting") and instructions are set forth below.

### Dial-In Information:
(1) You must use a touch-tone phone to participate.
(2) Landline preferred. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.
(3) Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.
(4) Make the call from a quiet area where there is as little background noise as possible.
(5) As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute you phone and identify yourself.
(6) When speaking during your case, identify yourself.
(7) Do not put the phone on hold at any time after the call is connected.
(8) If any party is attending the Meeting from the same location as another party, use separate touch-tone phones to participate.
(9) Once the case Meeting is finished, hang up.
(10) If you become disconnected before your Meeting is finished, call back.

| All Chapter 11 Cases Including Cases Electing Subchapter V of Chapter 11 | | | |
|---|---|---|---|
| Presiding Trustee | Participant Code | Conference Line – Local (toll) | Conference Line (toll free) |
|  | 4489529 | 517-833-3942 | 877-647-7210 |

| All Chapter 7 Cases | | | |
|---|---|---|---|
| Presiding Chapter 7 Trustee | Participant Code | Conference Line – Local (toll) | Conference Line (toll free) |
| Diane Carter | 2235728 | 210-453-4089 | 866-794-8448 |
| Michelle Chow | 1174871 | 517-224-3223 | 866-541-9301 |
| Chris Moser | 8700433 | 203-607-6584 | 877-934-5488 |
| Linda Payne | 6221451 | 517-268-7095 | 877-900-6448 |
| Mark Weisbart | 6422968 | 203-280-5914 | 877-491-1721 |
| Steve Zayler | 7135484 | 517-600-9814 | 866-621-9429 |

### Bankruptcy Documents:
Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

(Revised 05/22)

United States Bankruptcy Court
Eastern District of Texas

In re: Case No. 22-60301-jps
Independence Fuel Systems, LLC Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-6     User: admin     Page 1 of 2
Date Rcvd: Jul 18, 2022     Form ID: pdf400     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Independence Fuel Systems, LLC, 381 Casa Linda Plaza, Dallas, TX 75218-3471 |
| 8162415 | + | Benton Poole, 515 N. Fredonia,, Longview, TX 75601-5308 |
| 8162416 | + | Brad Thiessen, 9032 Fringewood dr,, Dallas, TX 75228-5110 |
| 8162417 | + | Brian Morris, 2728 N Harwood, Suite 500, Dallas, TX 75201-1743 |
| 8162418 | + | Certified Landscaping & Ground Maintenan, 211 Commander Dr,, Longview, TX 75605-4610 |
| 8162419 | + | Charles Neuberger, 106 Katy Ranch Drive, Weatherford, TX 76085-8244 |
| 8162420 | + | Christina Lacy, P.O. Box 639, Centerville, TX 75833-0639 |
| 8162422 | | Compression Technology dba ComTech Energ, 8620 Escarpment Way, Units 11-14, L9T OM1, Canada |
| 8162423 | | David Holy, 808 Tiffany Way, Dallas, TX 75218-2741 |
| 8162425 | | Eastern Fuel-#1, 1100 Stone Rd, Suite 2020,, Dallas, TX 75243 |
| 8162426 | + | Eastern Gas, 1100 Stone Road, Suite 2020, Kilgore, TX 75662-5496 |
| 8162427 | | Eastman Midstream, LP, 515 N. Fredonia, Dallas, TX 75243 |
| 8162428 | + | Harris Cook LLP, Attn Larry Fowler, Jr., 1309-A West Abram Street, Arlington, TX 76013-6426 |
| 8162429 | + | Matt Russell, 515 N. Fredonia, Longview, TX 75601-5308 |
| 8162430 | | Medina Electric Cooperative, 237 TX-173 North, Hondo, TX 78861 |
| 8162431 | + | Michelle Terry, Tax A/C Gregg Co, 101 e Methvin st #215, Longview, TX 75601-7235 |
| 8162432 | + | Origin Bank, 6124 Berkshire Lane, Dallas, TX 75225-5501 |
| 8162433 | + | Raymond Russell, 515 N. Fredonia,, Longview, TX 75601-5308 |
| 8162436 | | Shane Graves, P.C., 313 Nye, Laredo, Laredo, TX 78041 |
| 8162437 | + | Shoco Development, 851 W Harrison, Longview, TX 75604-5208 |
| 8162438 | + | Southwestern Electric Power, 416 Travis st, Shreveport, LA 71101-3282 |
| 8162439 | + | Sovereign Land Company, LLC, 1917 Esparanza Ct, Allen, TX 75013-4762 |
| 8162441 | + | Total Eastman Midstream, LP, 515 N. Fredonia,, Longview, TX 75601-5308 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8162414 | + | Email/PDF: bncnotices@becket-lee.com | Jul 18 2022 23:49:45 | American Express, World Finance Center, 200 Vesey St, New York, NY 10285-1000 |
| 8162434 | + | Email/Text: ecfbankruptcy@nrg.com | Jul 18 2022 23:47:00 | Reliant, PO Box 3765, Houston, TX 77253-3765 |
| 8162440 | + | Email/Text: ap@tele-onecom.com | Jul 18 2022 23:47:00 | Tele-One Communications, Inc, 5620 Old Bullard rd #109, Tyler, TX 75703-4358 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Origin Bank |

Case 22-60301 Doc 22 Filed 07/20/22 Entered 07/20/22 23:27:49 Desc Imaged
Certificate of Notice Page 3 of 3

| District/off: 0540-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 18, 2022 | Form ID: pdf400 | Total Noticed: 26 |

| 8162421 | | Christina S. Lacey, Centerville Station Royalty, PO Box 639,, TX 75883 |
| 8162442 | | United States Treasury - Cinn |
| 8162424 | ##+ | DFW Oil, Inc., 11551 Forest central Drive,, Dallas, TX 75243-3922 |
| 8162435 | ##+ | Riata Mineral Rights, Ltd, 313 Nye, Laredo, TX 78041-2719 |

TOTAL: 3 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2022           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Annmarie Chiarello | on behalf of Creditor Origin Bank achiarello@winstead.com dgalindo@winstead.com |
| Eric A Liepins | on behalf of Debtor Independence Fuel Systems LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| John M. Vardeman | on behalf of U.S. Trustee US Trustee john.m.vardeman@usdoj.gov |
| Joseph J. Wielebinski, Jr. | on behalf of Creditor Origin Bank jwielebinski@winstead.com bmcdearmon@winstead.com |
| Mark A WEISBART (SBRA V) | mweisbart@haywardfirm.com tsimmons@haywardfirm.com;ecf.alert+Weisbart@titlexi.com |

TOTAL: 5