Charles B. Hendricks
State Bar No. 09451050
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Direct Dial: (214) 573-7302
Email: chuckh@chfirm.com

Attorneys for Eastern Fuel Properties, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| In Re: § § § INDEPENDENCE FUEL SYSTEMS, LLC, § § Debtor. § § | Case No. 22-60301 Chapter 11 |

## **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned, counsel for Eastern Fuel Properties, LLC, a creditor and party in interest in this case, hereby enters an appearance pursuant to Section 1109(b) of Title 11 of the United States Bankruptcy code (the "Bankruptcy Code") and Bankruptcy Rule 9010(b), and request that copies of all notices and pleadings required by Bankruptcy Rules 2002 and 9007, be served at the following address:

Charles B. Hendricks
CAVAZOS HENDRICKS POIROT, P.C.
900 Jackson Street, Suite 570
Dallas, TX 75202
Email: chuckh@chfirm.com

Date: July 22, 2022

        Respectfully submitted,

        /s/ Charles B. Hendricks
        Charles B. Hendricks
        State Bar No. 09451050
        CAVAZOS HENDRICKS POIROT, P.C.
        Suite 570, Founders Square
        900 Jackson Street
        Dallas, TX 75202
        Direct Dial: (214) 573-7302
        Email: chuckh@chfirm.com

        Eastern Fuel Properties, LLC