Emily S. Wall
State Bar No. 24079534
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Direct Dial: (214) 573-7307
Email: ewall@chfirm.com

Attorneys for Eastern Fuel Properties, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| In Re: § § § INDEPENDENCE FUEL SYSTEMS, LLC, § § Debtor. § § | Case No. 22-60301  Chapter 11 |

## **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned, counsel for Eastern Fuel Properties, LLC, a creditor and party in interest in this case, hereby enters an appearance pursuant to Section 1109(b) of Title 11 of the United States Bankruptcy code (the "Bankruptcy Code") and Bankruptcy Rule 9010(b), and request that copies of all notices and pleadings required by Bankruptcy Rules 2002 and 9007, be served at the following address:

Emily S. Wall
CAVAZOS HENDRICKS POIROT, P.C.
900 Jackson Street, Suite 570
Dallas, TX 75202
Email: ewall@chfirm.com

Page 1 of 2

**Notice of Appearance and Request for Service of Papers**

Date: July 22, 2022

    Respectfully submitted,

    /s/ Emily S. Wall
    Emily S. Wall
    State Bar No. 24079534
    CAVAZOS HENDRICKS POIROT, P.C.
    Suite 570, Founders Square
    900 Jackson Street
    Dallas, TX  75202
    Direct Dial: (214) 573-7307
    Email: ewall@chfirm.com

    Attorneys for Eastern Fuel Properties, LLC